UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14467-CIV-MARTINEZ-MAYNARD

DEXTER CRUTCHFIELD BEY,

    Plaintiff,

v.

THE CIRCUIT COURT OF THE
NINETEENTH JUDICIAL CIRCUIT
SAINT LUCIE COUNTY, et al.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Shaniek Mills Maynard, for a ruling on all pre-trial, non-dispositive matters, and for a Report and recommendation on all dispositive matters, including any pending motion. (ECF No. 4.) Judge Maynard filed an R&R recommending that this case be dismissed without prejudice for failure to prosecute and failure to comply with Court Orders. (ECF No. 8.) This Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Maynard's R&R, (ECF No. 8), is **AFFIRMED** and **ADOPTED**. Further, it is:

1. **ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** as set forth in the R&R.
2. The Clerk is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, this __3__ day of January, 2024.

                                                JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to
Magistrate Judge Maynard
All Counsel of Record